Lina Stillman, Esq.
Stillman Legal, P.C.
42 Broadway, 12t Floor
New York, New York 10004
Tel (212) 203-2417
www.FightForUrRights.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

| | |
|---|---|
| ARMANDO MEDINA, *individually and on behalf of others similarly situated,* | Case No: 2:23-cv-01838-KM- |
| Plaintiffs, | **NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| v. | |
| CLARKE MOYNIHAN LANDSCAPING AND CONSTRUCTION LLC and CLARKE MOYNIHAN, | |
| Defendants. | |

-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Affidavit of LINA STILLMAN, ESQ., sworn to June 29, 2023, and the exhibits annexed thereto, and upon all the prior pleading and proceedings in the above-captioned action Plaintiff ARMANDO MEDINA, shall move before the Hon. Kevin McNulty, U.S.D.J. at the Court located at the United States District Court for New Jersey, Newark Vicinage, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Court Room PO 04, Newark, New Jersey on the _____day of August 2023 at _____ or as soon thereafter as counsel may be heard, why an order should not be entered herein:

    I.   Pursuant to Rule 55 of Federal Rules of Civil Procedure, entering an Order granting default judgment in favor of Plaintiff ARMANDO MEDINA, and against Defendants CLARKE MOYNIHAN LANDSCAPING AND CONSTRUCTION LLC and CLARKE

      MOYNIHAN for the claims asserted in the First Amended Complaint and awarding Plaintiff damages, attorney's fees, and costs upon said claims; and

  II.  Granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than three (3) days prior to the return date of this motion.

Dated:  New York, New York
         July 6, 2023

                  /s/ Lina Stillman
                Lina Stillman, Esq. (LF1102)
                STILLMAN LEGAL, P.C.
                42 Broadway, 12th Floor
                New York, NY 10004
                (212) 203-2417
                LS@StillmanLegalPC.com
                *Attorneys for Plaintiff*

**TO**:
**CLARKE MOYNIHAN LANDSCAPING AND**
**CONSTRUCTION LLC and CLARKE MOYNIHAN**
229 Main Street
Andover, New Jersey 07821